# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSE R. MONTANEZ,

        Petitioner,

v.                                 Case No. 03-C-336

WARDEN THOMAS BORGEN,

        Respondent.

## OPINION AND ORDER

The court ORDERS that the Petitioner's "Motion to Take Judicial Notice of 28 U.S.C.A. § 2254 Standards of Review" (filed May 23, 2005) IS DENIED because it is unnecessary. The court is aware of the standards applicable to Section 2254 cases.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of June, 2005.

                                                s/Thomas J. Curran
                                                THOMAS J. CURRAN
                                                United States District Judge